UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN GUILLEN,
    Plaintiff,

v.

MARTINEZ, et al.,
    Defendants.

Case No. 17-cv-02572-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's claims arise from events that occurred at the R. J. Donovan Correction Facility, which lies in the Southern District of California. Accordingly, this action is TRANSFERRED to the Southern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the named defendants reside, in the Southern District. *See* 28 U.S.C. §§ 84(d), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May 5, 2017

JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN GUILLEN,

    Plaintiff,

v.

MARTINEZ, et al.,

    Defendants.

Case No. 17-cv-02572-JCS

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on May 5, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Guillen ID: ID: T-57240
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960


Dated: May 5, 2017

Susan Y. Soong
Clerk, United States District Court

By:_*Karen L. Hom*__
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO